**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | CIV 11-012 TUC DCB |
| v. | **DEFAULT JUDGMENT FOR FORFEITURE** |
| $400,132 in U.S. Currency, et al., | |
| Defendants. | **CERTIFICATE OF REASONABLE CAUSE** |

WHEREAS, on January 6, 2011, the government filed the Complaint for Forfeiture *In Rem* in the above-titled action; and

WHEREAS, on January 7, 2011, the government complied with the notice requirements of Rule G(4) Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions by mailing eight copies of the Complaint for Forfeiture *In Rem*, Warrants of Arrest *In Rem* and Notice of Forfeiture Action to putative claimant Jonnie Wayne Zing; and

WHEREAS, the government complied with the publication requirements of Rule G(4) Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and

WHEREAS, no appearance, answer or motion under Rule 12 was filed as required by Rule G(5)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and Title 18, United States Code, Section 983(a)(4)(B); and

WHEREAS, there has been no appearance, claim, answer or other defense served or filed by Jonnie Wayne Zing, or any other person on behalf of the defendants; and

WHEREAS, it appearing to the Court that the defendants $400,132 in U.S. currency and one 2003 GMC Sonoma, VIN 1GTCS19X638131761, constitutes property involved in or traceable

1  to property involved in violations of Title 31, United States Code, Sections 5316 and 5332(a);
2  therefore, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure,

3      IT IS ORDERED, ADJUDGED AND DECREED that all right, title and interest in the
4  defendants $400,132 in U.S. currency and one 2003 GMC Sonoma, VIN 1GTCS19X638131761
5  is hereby condemned, forfeited to and vested in the United States.

6      IT IS FURTHER ORDERED that Jonnie Wayne Zing shall not be entitled to costs, and that
7  the person or persons who made the seizure shall not be liable to suit or judgment on account of
8  such seizure, in accord with Title 28, United States Code, Section 2465.

9      IT IS FURTHER ORDERED that upon Plaintiff's application to issue a certificate of
10 reasonable cause, having reviewed the record in this case, and being otherwise duly advised, the
11 Court hereby grants a Certificate of Reasonable Cause.

12     IT IS FURTHER ORDERED that the defendants $400,132 in U.S. currency and one 2003
13 GMC Sonoma, VIN 1GTCS19X638131761 forfeited to the United States herein shall be
14 disposed of by U.S. Customs and Border Protection according to law.

15     DATED this 7th day of April, 2011.

16
17
18                                         David C. Bury
19                                         United States District Judge
20
21 copies: 2 cc to AUSA
22
23
24
25
26
27
28